# UNITED STATES DISTRICT COURT

DISTRICT OF KANSAS

JOHN GING,

                                             **JUDGMENT IN A CIVIL CASE**

             Plaintiff,

v.

CAWLEY & BERGMANN, LLP and        Case Number: 11-2003-JTM
JONATHAN P. CAWLEY,

                          Defendants.

      IT IS ORDERED AND ADJUDGED in accordance with the plaintiff's Notice of Acceptance of Defendants' Offer of Judgment pursuant to Fed.R.Civ.P. 68 filed March 14, 2011, that judgment be entered against defendants in the sum of $1001.00, plus court costs expended by plaintiff in pursuit of this action, plus plaintiff's reasonable attorneys' fees incurred as of the date of the offer.

                                                TIMOTHY M. O'BRIEN, Clerk of Court

<u>March 14, 2011</u>
Date

                                                By  <u>s/S. Smith</u>
                                                       Deputy Clerk