**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

JOHN GING,
        Plaintiff,

v.                                         Case No. 11-2003-JTM

CAWLEY & BERGMANN, L.L.P., &
JOHATHAN P. CAWLEY,

        Defendant.

## SATISFACTION OF JUDGMENT

COMES NOW, Plaintiff John Ging, by and through counsel, J. Mark Meinhardt, and gives notice that Judgment in the amount of $2,656.71 has been received from Defendant Cawley & Bergmann, L.L.P. and Jonathan P. Cawley in the above referenced action and thereby judgment in this matter is satisfied in full.

                                                    Respectfully submitted:
                                                    John Ging
                                                   By Counsel,
                                                   By: /s/ J. Mark Meinhardt
                                                   J. Mark Meinhardt #20245
                                                   4707 College Blvd. #100
                                                   Leawood, KS  66211
                                                   meinhardtlaw@sbcglobal.net
                                                   913-451-9797
                                                   ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was electronically filed and emailed to the following on this 2nd day of May, 2011:

Eldon L. Boisseau
Eldon@boisseau.com

                                                   /s/ J. Mark Meinhardt_____
                                                   J. Mark Meinhardt